

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James M. Williams | Civil Action No. 12cv2952-MMA-WMC |
| **Plaintiff,** | |
| V. | |
| William D. Gore, Sanford A. Toyen, San Diego County Sheriff's Dept. , and County of San Diego | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants Defendants' motion to dismiss. The Court Dismisses Plaintiff's Second Amended Complaint without prejudice. The Court Denies Plaintiff leave to amend.

Date:     12/19/13

**CLERK OF COURT**
**JOHN MORRILL, Acting Clerk of Court**
By:  s/ V. Mosqueda
V. Mosqueda, Deputy